ROB BONTA, State Bar No. 202668
Attorney General of California
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7334
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendant California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONICA RUSCONI,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, ET AL.,**<br><br>Defendants. | 1:25-cv-01448 JLT BAM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**<br><br>Judge:        Hon. Barbara A. McAuliffe<br>Trial Date:   Not Set<br>Action Filed: October 30, 2025 |

Plaintiff Monica Rusconi and Defendant California Department of Corrections and Rehabilitation (CDCR), through their respective counsel, stipulate as follows:

1. Defendant CDCR's response to Plaintiff's Complaint is presently due on November 21, 2025. The parties stipulate to a twenty-eight-day extension of time for CDCR to respond to Plaintiff's Complaint, up to, and including December 19, 2025.

2. The parties do not stipulate to any other changes to any presently scheduled deadlines or hearing dates.

3. Good cause for this stipulation is as follows. (1) defense counsel was only recently assigned this case and is still gathering documentation to assess Plaintiff's claims; (2) the parties need time to meet and confer regarding a potential motion to dismiss; and (3) four named

Defendants—State of California, Rossotti, Tapia, and Vasquez—appear to have not been properly served, and further discussions between counsel are required to address this issue.

4. Accordingly, this stipulation is made upon good cause. This request is not meant to cause any undue delay to the case.

**IT IS SO STIPULATED.**

Dated: November 17, 2025   ROBERT CHALFANT LAW, PC

*/s/ Robert Chalfant*
(as authorized on 11/17/2025)
Robert Chalfant
*Attorney for Plaintiff Monica Rusconi*

Dated: November 17, 2025   Respectfully submitted,

ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General

*/s/ R. Lawrence Bragg*
R. LAWRENCE BRAGG
Supervising Deputy Attorney General
*Attorneys for Defendant California Department of Corrections and Rehabilitation*

ORDER

Pursuant to the parties' stipulation, and cause appearing, Defendant CDCR's response to Plaintiff's Complaint shall be filed on or before December 19, 2025.

IT IS SO ORDERED.

Dated:  **November 18, 2025**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE