UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RUSCONI, | Case No.   1:25-cv-01448-JLT-EPG (PC) |
| Plaintiff, | |
| v. | ORDER APPROVING STIPULATION FOR A PROTECTIVE ORDER |
| STATE OF CALIFORNIA, *et al.*, | (ECF No. 16) |
| Defendants. | |

This matter is before the Court on the parties' stipulation for a protective order. (ECF No. 16). Upon review, the Court will approve the parties' stipulation for a protective order.

The Court approves the stipulation to the extent that the Court notes that "a protective order may not bind the Court or its personnel." *Rangel v. Forest River, Inc.*, No. EDCV 17-0613 JFW (SS), 2017 WL 2825922, at *2 (C.D. Cal. June 29, 2017). Thus, to the extent that the protective order conflicts with the Court's established practices or Rules, *e.g.*, such as following other procedures than provided under the Court's informal discovery-dispute-resolution process, the Court's established practices or Rules will govern. (ECF No. 18 at 4; *see* Standard Procedures, available on the Court's website https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/50351/).

\\\

\\\

\\\

\\\

1

Accordingly, IT IS ORDERED that the parties' stipulation for a protective order (ECF No. 16) is approved, as specified above.

IT IS SO ORDERED.

Dated:    **March 9, 2026**                          /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE