UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MONICA RUSCONI,

               Plaintiff(s),

         v.

STATE OF CALIFORNIA,

               Defendant(s).

No. 1:25-cv-01448-JLT-EPG (PC)

ORDER SETTING SETTLEMENT CONFERENCE AND SETTLEMENT INSTRUCTIONS

Hearing: **Settlement Conference**

Date: **September 3, 2026**

Time: **10:30 a.m.**

Judge: **Stanley A. Boone**

Location: **Zoom Videoconference**

The parties have requested that this case be set for a settlement conference. As such, the Court shall set for a video settlement conference before Magistrate Judge Stanley A. Boone on **September 3, 2026, at 10:30 a.m. via the Zoom videoconference application.**

Counsel for Defendants shall each contact Courtroom Deputy Jan Nguyen at (559) 499-5672 or jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes.  Counsel for Defendants are also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

The parties shall each submit to Judge Boone a confidential settlement conference statement to arrive at least seven days (one week) prior to the conference and should be sent to

1

saborders@caed.uscourts.gov. The settlement conference statement shall provide the following:

1. A brief statement of the facts of the case.
2. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
3. A summary of the proceedings to date.
4. An estimate of the cost and time to be expended for further discovery, pretrial and trial.
5. The relief sought.
6. The party's position on settlement including present demands and offers and a history of past settlement discussions, offers and demands.

The parties shall be prepared to negotiate the merits of the case and offer more than a waiver of costs as a reasonable compromise to settle the case. **The parties are also informed that an offer of dismissal in exchange for a waiver of costs is not considered good faith settlement negotiations.**

Accordingly, it IS HEREBY ORDERED as follows:

1. This case is set for a **video** settlement conference, **via the Zoom videoconferencing application**, before Magistrate Judge Stanley A. Boone on **September 3, 2026, at 10:30 a.m. Defense counsel shall arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to determine whether the institution can accommodate a Zoom video appearance by Plaintiff at this date and time.**

2. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend **via the Zoom videoconferencing application**.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure or refusal of any counsel, party or authorized person subject to this order to appear in person may result in the cancellation of the conference and the imposition of sanctions. The manner and timing of Plaintiff's transportation to and from the conference is within the discretion of CDCR.

4. The parties shall provide confidential settlement statements to the following email address: saborders@caed.uscourts.gov no later than seven days prior to the settlement conference.

2

5. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

6. Counsel for Defendants is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

7. **A failure to follow these procedures may result in the imposition of sanctions by the court.**

IT IS SO ORDERED.

Dated:   **July 7, 2026**                         /s/ _Erin P. Groig_
                                          UNITED STATES MAGISTRATE JUDGE