IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MONICA RUSCONI,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA, et al.,**<br>Defendants. | 1:25-cv-01448-JLT-EPG<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE |

Plaintiff MONICA RUSCONI and Defendants STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, STEVE ROSSOTTI, OFFICER VASQUEZ, and OFFICER TAPIA (collectively "the Parties") stipulate and agree that the settlement conference currently scheduled in this case for September 3, 2026, at 10:30 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone be continued to September 23, 2026, at 1:30 p.m. before Magistrate Judge Stanley A. Boone.

Good cause exists for this continuance for the following reasons:

1) The Parties in the case of *Tamara Bohler v. State of California, et al*, (1:26-cv-00214-JLT-CDB) currently have a settlement conference set before Magistrate Judge Stanley A. Boone on September 23, 2026, at 1:30 p.m. (*See* ECF No. 16);

2) On August 4, 2026, the *Bohler* Plaintiff filed a Notice of Settlement in *Tamara Bohler v. State of California, et al.,* informing the Court that the *Bohler* matter had settled (ECF No. 18):

3) The court has not yet vacated the settlement conference in the *Bohler* matter, and the only change requested by the parties is to conduct the *Rusconi* Settlement Conference on the date previously scheduled for the settlement conference in the *Bohler* matter;

4) This continuance of the *Rusconi* settlement conference date will assist the parties to adequately prepare for the upcoming settlement conference, obtain information necessary for resolution, and complete review of necessary documents (i.e., outstanding lien info from the Department of Health Care Services, medical records, and investigation materials);

5) No deadlines in the scheduling order will be affected by a continuation of the *Rusconi* settlement conference date to the date of the previously scheduled *Bohler* settlement conference, which will be vacated soon.

IT IS SO STIPULATED.

Dated: August 5, 2026

***/S/ Robert Chalfant***
Robert Chalfant
Attorney for Plaintiff

MONICA RUSCONI

Dated: August 5, 2026

***/S/ Andrea Sloan***
Andrea R. Sloan
Deputy Attorney General
Attorney for Defendants STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, STEVE ROSSOTTI, OFFICER VASQUEZ, and OFFICER TAPIA

**ORDER**

In light of the parties' stipulation, and good cause thus appearing, the Court shall continue the settlement conference currently scheduled in this case for September 3, 2026, at 10:30 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone to September 23, 2026, at 1:30 p.m. before Magistrate Judge Stanley A. Boone. No other currently set deadlines shall be similarly continued.

IT IS SO ORDERED.

Dated: **August 5, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE